UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRIETTA KLEIN, derivatively on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK D'AMELIO, and IAN READ, <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | Civil Action No. 09-cv-7822(JSR) |

**NOTICE OF PLAINTIFF KLEIN'S MOTION TO
CONSOLIDATE ACTIONS, APPOINT LEAD PLAINTIFF,
<u>LEAD COUNSEL AND LIASON COUNSEL</u>**

|  |  |
|---|---|
| JAMES KENNEY, Derivatively on Behalf of PFIZER INC., | : Civil Action No. 09-cv-7913(JSR) |
| Plaintiff, | : |
| v. | : |
| JEFFREY B. KINDLER, DOUGLAS M. LANKLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, ROBERT N. BURT, W. DON CORNWELL, CONSTANCE J. HORNER, JAMES M. KILTS, DANA G. MEAD, SUZANNE NORA JOHNSON, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, AND JEAN-PAUL VALLES | : |
| Defendants, | : |
| and | : |
| PFIZER INC., | : |
| Nominal Defendant. | : |

| | |
|---|---|
| ROBERT J. CASEY and WILLIAM A. HOUSTON Derivatively on Behalf of PFIZER INC., | : : : Civil Action No. 09-cv-7983(JSR) : : |
| Plaintiff, | : : |
| v. | : : |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, ANTHONY M. BURNS, ROBERT N. BURT, DON W. CORNWELL, WILLIAM H. GRAY, III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK D'AMELIO, and IAN READ, | : : : : : : : : : : : |
| Defendants, | : : |
| and | : : |
| PFIZER INC., | : : |
| Nominal Defendant. | : : |

| | |
|---|---|
| LOUISIANA SHERIFFS' PENSION AND RELIEF FUND, Derivatively on Behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO; MICHAEL S. BROWN; M. ANTHONY BURNS; ROBERT N. BURT; W. DON CORNWELL; WILLIAM H. GRAY III; CONSTANCE J. HORNER; JAMES M. KILTS; JEFFREY B. KINDLER; GEORGE A. LORCH; DANA G. MEAD; SUZANNE NORA JOHNSON; WILLIAM C. STEERE, JR.; DOUGLAS M. LANKLER; FRANK A. D'AMELIO; IAN C. READ; and JOSEPH M. FECZKO <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | Civil Action No. 09-cv-8042(JSR) |

| | | |
|---|---|---|
| CATHY BUCH, Derivatively on Behalf of PFIZER INC., | : : : | Civil Action No. 09-cv-8289(JSR) |
| Plaintiff, | : : : | |
| v. | : : : | |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL, and PFIZER INC. | : : : : : : : : : : : : : : : : | |
| Defendants. | : : | |

2

| | |
|---|---|
| AMALGAMATED BANK, AS TRUSTEE FOR LONGVIEW LARGECAP 500 INDEX VEBA FUND, LONGVIEW LARGECAP 500 INDEX FUND and LONGVIEW QUANTITATIVE LARGECAP FUND, derivatively, on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., WILLIAM R. HOWELL, HENRY A. MCKINNELL, STANLEY O. IKENBERRY, RUTH J. SIMMONS, DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | Civil Action No. 09-cv-8363(JSR) |

3

PLEASE TAKE NOTICE THAT, on a date and time convenient to the Court subsequent to the submission hereof, before the Honorable Jed S. Rakoff of this Court, in Courtroom 14B located at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, Plaintiff Henrietta Klein ("Klein" or "Plaintiff") by her counsel, will hereby move the Court to issue an order: (i) consolidating the above-captioned actions and any subsequently filed actions that involve questions of law or fact substantially similar to those contained in the pending actions; (ii) appointing plaintiff Klein as Lead Plaintiff; (iii) appointing The Weiser Law Firm, P.C. as Lead Counsel for Plaintiffs; and (iv) appointing the Law Offices of Curtis V. Trinko, LLP as Liaison Counsel for Plaintiffs.  Filing and service of the papers initiating this Motion are due on October 8, 2009, response papers are due on October 13, 2009, and reply papers are due on October 15, 2009.

The motion is based upon this Notice, the Memorandum of In Support of Motion submitted herewith, as well as the annexed Declarations of Robert B. Weiser and Henrietta Klein.


Dated:  October 8, 2009                    Respectfully submitted,


                                            s/ Curtis V. Trinko
                                           **LAW OFFICES OF CURTIS V. TRINKO, LLP**
                                           Curtis V. Trinko
                                           Kinny Wai Chan
                                           16 West 46th Street, 7th Floor
                                           New York, New York 10036
                                           Tel: 212 490-9550
                                           Fax: 212 986-0158

                                           [Proposed] Liaison Counsel for Plaintiffs and
                                           Counsel for plaintiff Henrietta Klein

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
Jeffrey J. Ciarlanto
121 N. Wayne Avenue
Suite 100
Wayne, PA 19087
Tel.: 610-225-2677
Fax: 610-225-2678

[Proposed] Lead Counsel for Plaintiffs and counsel for plaintiff Henrietta Klein